UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | |
|---|---|
| Debra Cage )<br>    *Plaintiff* )<br>  )<br>v. )<br>  )<br>Equifax Information Services, LLC )<br>    *Defendant* )<br>Serve: )<br>    Corporation Service Company )<br>    421 West Main Street )<br>    Frankfort, KY 40601 )<br>  )<br>Trans Union, LLC )<br>    *Defendant* )<br>Serve: )<br>    The Prentice Hall Corp. System )<br>    421 West Main Street )<br>    Frankfort, KY 40601 )<br>  ) | Case No. 1:17-cv-90-GNS |

## COMPLAINT and DEMAND FOR JURY TRIAL

### Introduction

1.    This is a complaint for damages for Defendant Equifax Information Services, LLC ("Equifax") and Trans Union, LLC ("Trans Union")'s violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA").

### JURISDICTION AND VENUE

2.    This Court has Jurisdiction of Plaintiff's federal statutory claims under 15 U.S.C. § 1681p. Venue is proper in this Court because the relevant facts and events that form the basis of Plaintiff's claims, and her damages, occurred while she was, and is, a consumer living within Logan County, Ky., which is located within this District.

### PARTIES

3.    Plaintiff Debra Cage is a natural person who resides in Logan County, Ky. Ms. Cage is a "consumer" within the meaning of the FCRA, as defined at 15 U.S.C. § 1681a(c).

4. Defendant Equifax Information Services, LLC is a foreign limited liability company, with its principal place of business located at 1550 Peachtree Street NW, Atlanta, GA 30309. Equifax has registered to do business with Kentucky Secretary of State. Equifax is a "consumer reporting agency" within the meaning of the FCRA.

5. Defendant Trans Union, LLC is a foreign limited liability company, with its principal place of business located at 555 West Adams, Chicago, IL 60661. Trans Union has registered to do business with Kentucky Secretary of State. Trans Union is a "consumer reporting agency" within the meaning of the FCRA.

## STATEMENT OF FACTS

6. On July 8, 2015, Discover Bank ("Discover") sued Ms. Cage in the Logan District Court of Logan County, Kentucky under case number 15-C-00435 in an attempt to collect a debt from her (the "State Court Lawsuit").

7. On August 19, 2015, Discover obtained a default judgment against Ms. Cage in the State Court Lawsuit (the "Judgment").

8. Ms. Cage paid and fully satisfied the amount of the Judgment in full, and on May 23, 2016, Discover filed a Notice of Satisfaction of Judgment in the State Court Lawsuit with the Logan County Circuit court clerk declaring the Judgment satisfied (the "Satisfaction").

9. The Satisfaction is a public record easily available to any and all who care to view and review it.

10. In February 2017, Ms. Cage reviewed her consumer credit report from Equifax, and in April 2017, she reviewed her consumer credit report from Trans Union. Ms. Cage discovered that Equifax and Trans Union were not reporting that the Judgment in the State Court Lawsuit was satisfied and instead showed that the judgment against her in case number 15-C-00435, the case number of the State Court Lawsuit, was still outstanding in the public record section of her Equifax and Trans Union consumer credit reports.

11. The false reporting of the outstanding judgment against her on her consumer credit reports from Equifax and Trans Union in the public record section of her reports has negatively affected Ms. Cage's creditworthiness, credit score, and ability to obtain credit.

12. Ms. Cage was denied credit and financing due, in whole or in part, to the inaccurate reporting by Defendants that a judgment against her was outstanding when in fact it

had been satisfied.

13. Plaintiff Ms. Cage has had to pay more for credit and lost opportunities to reduce the cost of credit because of inaccurate credit information published by Equifax and Trans Union in connection with the Discover Judgment. In particular, Equifax and Trans Union incorrectly published to one or more of its subscribers and users of its consumer reports that the Discover Judgment was outstanding against her in the public record section of her consumer credit reports.

14. Equifax and Trans Union's false reporting of the Discover Judgment was inaccurate and in violation of the FCRA, 15 U.S.C. § 1681e(b) in that each failed to follow reasonable procedures to assure maximum possible accuracy in the preparation of Ms. Cage's credit reports and credit files each publishes and maintains concerning Ms. Cage.

15. Equifax and Trans Union knew or should have known that the Discover Judgment had been vacated *before* publishing Ms. Cage's credit report to their subscribers and users of their consumer reports in connection with Ms. Cage's loan and credit applications.

16. Equifax and Trans Union at all times relevant to the claims of Plaintiff failed to maintain the reasonable procedures necessary to avoid violations of the FCRA in connection with publishing credit information concerning Plaintiff Cage and the Discover Judgment.

## CLAIMS

### I. Claims against Equifax Information Services, LLC

17. Plaintiff Debra Cage restates each of the allegations in the preceding paragraphs as if fully set forth herein.

18. Equifax Information Services, LLC ("Equifax") violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Ms. Cage and the AAL Judgment.

19. Equifax's conduct, actions and inactions were willful, rendering Equifax liable under 15 U.S.C. § 1681n for actual, statutory, and punitive damages, along with attorney's fees and costs. Equifax was on clear notice that the failure to update public records with respect to judgments was problematic for Equifax. Other lawsuits raising the same issue has been filed against Equifax in this and other jurisdictions for the same failure.

20. In the alternative, Equifax's conduct, actions and inactions were negligent and/or reckless rendering Equifax liable under 15 U.S.C. § 1681o for actual damages, along with

attorney's fees and costs.

## II.    Claims against Trans Union, LLC

21.    Plaintiff Debra Cage restates each of the allegations in the preceding paragraphs as if fully set forth herein.

22.    Trans Union, LLC ("Trans Union") violated 15 U.S.C. § 1681e(b) by failing to establish and/or to follow reasonable procedures to assure maximum possible accuracy in the preparation of consumer reports it published to its subscribers and users of its consumer reports concerning Ms. Cage and the Discover Judgment.

23.    Trans Union's conduct, actions and inactions were willful, rendering Trans Union liable under 15 U.S.C. § 1681n for actual, statutory, and punitive damages, along with attorney's fees and costs. Trans Union was on clear notice that the failure to update public records with respect to judgments was problematic for Trans Union. Other lawsuits raising the same issue has been filed against Trans Union in this and other jurisdictions for the same failure.

24.    In the alternative, Trans Union's conduct, actions and inactions were negligent and/or reckless rendering Trans Union liable under 15 U.S.C. § 1681o for actual damages, along with attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Debra Cage requests that the Court grant her the following relief:

1.    Award maximum statutory money damages against each Defendant under 15 U.S.C. §1681n;

2.    Award Plaintiff her Attorney's fees, litigation expenses and costs against Defendants;

3.    Award Plaintiff her actual damages against each Defendant under 15 U.S.C. §1692n or, in the alternative, under 15 U.S.C. § 1681o;

4    Award Plaintiff punitive damages against each Defendant under 15 U.S.C. § 1681n;

5.    A trial by jury; and

6. Any other relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com