# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

| | |
|---|---|
| DEBRA CAGE,<br>　　　　　Plaintiff, | CASE NO. 1:17-cv-00090-GNS-HBB |
| | **ELECTRONICALLY FILED** |
| vs. | Judge Greg N. Stivers<br>Magistrate Judge H. Brent Brennenstuhl |
| EQUIFAX INFORMATION SERVICES,<br>LLC and TRANS UNION, LLC,<br>　　　　　Defendants. | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Debra Cage, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action. Accordingly, Trans Union does not intend to participate in the Rule 16 Scheduling Conference previously scheduled for July 25, 2017, or the preparation of the Parties' Proposed Discovery Plan due July 18, 2017, unless directed to do so by the Court. Plaintiff and Trans Union shortly will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice.

                                                        Respectfully submitted,

Date: July 16, 2017             *s/ James H. Lawson (with consent)*
                                       James H. Lawson, Esq.
                                       James R. McKenzie, Esq.
                                       Credit Defense Attorneys, PLLC
                                       115 S. Sherrin Avenue, Suite 4
                                       Louisville, KY 40207
                                       Telephone: (502) 473-6525
                                       Fax: (502) 473-6561
                                       E-Mail: james@kyconsumerlaw.com
                                                            jmckenzie@jmckenzielaw.com

                                       *Counsel for Plaintiff Debra Cage*


Date: July 17, 2017             *s/ William R. Brown*
                                       William R. Brown, Esq. (IN #26782-48)
                                       Schuckit & Associates, P.C.
                                       4545 Northwestern Drive
                                       Zionsville, IN 46077
                                       Telephone: 317-363-2400
                                       Fax: 317-363-2257
                                       E-Mail: wbrown@schuckitlaw.com

                                       *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of July, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James H. Lawson, Esq. james@kyconsumerlaw.com | James R. McKenzie, Esq. jmckenzie@jmckenzielaw.com |
|---|---|
| John Michael Williams, Esq. williams@wrktlaw.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of July, 2017**, properly addressed as follows:

| None. | |
|---|---|

*s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*