# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Bowling Green Division**

| | | |
|---|---|---|
| Debra Cage )<br>   *Plaintiff* )<br> )<br>v. )<br> )<br>Equifax Information Services, LLC *et al.* )<br>   *Defendants* )<br> ) | | Case No.  1:17-cv-00090-GNS |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

Please take notice that Plaintiff, Debra Cage, has reached a settlement with Defendant Equifax Information Services, LLC. Upon final settlement the parties will file a joint dismissal with prejudice.

                    Respectfully submitted,

                    /s/ James R. McKenzie
                    **James R. McKenzie**
                    *James R. McKenzie Attorney, PLLC*
                    115 S. Sherrin Avenue, Suite 4
                    Louisville, KY 40207
                    Tel: (502) 371-2179
                    Fax: (502) 257-7309
                    E-mail: jmckenzie@jmckenzielaw.com
                    *Counsel for Plaintiff*
                    *Debra Cage*

                    James H. Lawson
                    *Lawson at Law, PLLC*
                    115 S. Sherrin Avenue, Suite 4
                    Louisville, KY 40207
                    Tel: (502) 473-6525
                    Fax: (502) 473-6561
                    E-mail: james@kyconsumerlaw.com
                    *Counsel for Plaintiff*
                    *Debra Cage*

## CERTIFICATE OF SERVICE

  This is to certify that I filed the foregoing via the Court's CM/ECF system on this 24th day of July, 2017, which will send a Notice of Electronic Filing to all counsel of record.

        /s/ James R. McKenzie
        *Counsel for Plaintiff*
        *Debra Cage*