UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| DEBRA CAGE,<br>    Plaintiff, | CASE NO. 1:17-cv-00090-GNS-HBB<br><br>**ELECTRONICALLY FILED** |
| vs. | Judge Greg N. Stivers<br>Magistrate Judge H. Brent Brennenstuhl |
| EQUIFAX INFORMATION SERVICES,<br>LLC and TRANS UNION, LLC,<br>    Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Debra Cage, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Debra Cage against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Debra Cage and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

**Greg N. Stivers, Judge**
**United States District Court**

August 17, 2017